UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
9614 U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106

January 24, 2020

DAVID S. GLANZBERG
GLANZBERG TOBIA & ASSOCIATES PC
123 S. BROAD STREET SUITE 1640
PHILADELPHIA, PA 19109

RE: MAHONEY v. FILOBLU USA, CORP.
CIVIL ACTION NO. 2:19-cv-05761-TJS

Dear Counsel,

A review of the Court's records shows that a responsive pleading has not been filed in this action. The complaint was served on December 31, 2019. The date for a response to the complaint was January 21, 2020.

You may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure. If the request for default is not filed by **February 20, 2020**, the Court may enter an order dismissing the case for lack of prosecution.

Alex Eggert
Deputy Clerk to Judge Savage
267-299-7489