IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY, On Behalf of On Behalf of Himself and All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| FILOBLU USA, CORP. | : | NO. 19-5761 |

## ORDER

**NOW,** this 26th day of February, 2020, the plaintiff having failed to file a request for default in compliance with the Notice of January 24, 2020, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

/s/ TIMOTHY J. SAVAGE J.